# Court of Appeals
# of the State of Georgia

ATLANTA, June 02, 2014

*The Court of Appeals hereby passes the following order*

### A14I0191. COTTINGHAM & BUTLER, INC. et al. v. ARON BELU, d/b/a EXPRESS AUTO TRANSPORT et al..

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

11CV01450



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, June 02, 2014.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.